UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBBIE MUGRABI, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al, <br><br> Defendants. | 23-cv-9310 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On September 30, 2023, this action was removed from the Supreme Court of the State of New York, New York County, by Defendant Bank of America, N.A (BANA). *See* Dkt. 1. The notice of removal did not indicate that Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, or Trans Union, LLC joined in or consented to removal.

On October 27, 2023, the Court reminded BANA that a civil action may not be removed unless "all defendants who have been properly joined and served … join in or consent to the removal of the action" and that all defendants "must independently express their consent to removal" within thirty days of service of the complaint. *See* Dkt. 8 (quoting 28 U.S.C. § 1146(b)(2)(A)).

On November 13, 2023, Plaintiff confirmed that the 30-day period for all defendants to consent had passed. *See* Dkt. 13. The Court therefore ordered BANA to show cause no later than November 29, 2023, why the case should not be remanded for failure to meet the statutory removal requirement. Dkt. 14. The Court warned that if BANA failed to respond, this case would be remanded without further notice. *Id*.

BANA has failed to comply with the Court's order. Accordingly, given the defect in BANA's notice of removal, the case is remanded to the Supreme Court of the State of New York, New York County. The Clerk of Court is respectfully directed to effectuate the remand and to close this case.

SO ORDERED.

Dated: December 1, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge